UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| THOMAS OAKES,<br><br>            Plaintiff,<br><br>      v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>            Defendant. | Case No. 4:24-cv-03987-JST<br><br>**(PROPOSED) ORDER TO DISMISS ACTION WITH PREJUDICE**<br><br>*[Filed concurrently with Stipulation to Dismiss Action With Prejudice]*<br><br>Judge: Hon. Jon S. Tigar |

Pursuant to the parties' Stipulation to Dismiss Action With Prejudice, and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter is dismissed in its entirety, against all parties, with prejudice. Each party is to bear their own attorneys' fees and costs.

Dated: January 14, 2025

_____
JON S. TIGAR
United States District Court Judge

4896-4118-7594 v1                                    1                                    Case No. 4:24-cv-03987-JST